UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>VICTORIA PASTRY COMPANY,<br><br>    Defendant. | Case No. 21-cv-03976-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 8. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by September 27, 2021. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: July 28, 2021

THOMAS S. HIXSON
United States Magistrate Judge